| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**CAROLYN BAILEY, CREDITOR**<br>**14 Cliff Street**<br>**Newark, New Jersey  07106-1628**<br>**973-399-9299**<br>**HurtingHomeOwner@aol.com** |

U S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 JUN -8  A 11: 22

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

| | |
|---|---|
| In Re:<br><br>**ZUCKER, GOLDBERG & ACKERMAN, LLC**<br>**(A/K/A YANKEE TITLE)**<br><br>**DEBTOR** | Case No:  15-24585 (CMG)<br><br>Chapter 11 |

## NOTICE OF APPEAL

Carolyn Bailey, Creditor, appeals under 28 U.S.C. § 158(a) and Federal Rules of

Bankruptcy Procedure 8001(c), 8002(a) and 8003, from ECF Orders 862 and 864, filed May 30,

2017 (copies attached), denying her <u>Motion To Lift Stay</u> and granting Debtor's <u>Cross Motion to</u>

<u>Expunge Claim 76</u>.

The names of all parties to the Orders appealed from, and the names, addresses and

telephone numbers of their respective attorneys are as follows:

Zucker Goldberg & Ackerman, LLC      Daniel M. Stolz, Esq.
A/K/A Yankee Title      Donald W. Clarke, Esq.
(the Debtor)      Wasserman, Jurista & Stolz, P.C.
     110 Allen Road, Suite 304
     Basking Ridge, New Jersey  07920
     Telephone  973-467-2700

Carolyn Bailey      Carolyn Bailey
(the Creditor)      14 Cliff Street
     Newark, New Jersey  07106-1628
     Telephone  973-399-9299

Dated:  June 8, 2017      *Carolyn Bailey*

                Carolyn Bailey, Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 30, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Zucker, Goldberg & Ackerman, LLC

| | |
|---|---|
| Case No.: | 15-24585-CMG |
| Hearing Date: | 5/25/17 |
| Judge: | Christine M. Gravelle |
| Chapter: | 11 |

Recommended Local Form:      ☑ Followed      ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### for Relief from Stay

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 30, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____ May 3 _____, 20 17  by

Carolyn Bailey. _____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04: jml*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on May 30, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| **WASSERMAN, JURISTA & STOLZ, P.C.** | |
| 110 Allen Road, Suite 304 | |
| Basking Ridge, New Jersey 07920 | |
| Phone: (973) 467-2700 | |
| Fax: (973) 467-8126 | |
| *Counsel for Debtor, Zucker, Goldberg & Ackerman, LLC* | |
| **DONALD W. CLARKE, ESQ. (DC-7478)** | |

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 15-24585 CMG |
| **ZUCKER, GOLDEBERG & ACKERMAN, LLC,** | Honorable Christine M. Gravelle |
| Debtor-in-Possession. | |

## ORDER (I) DENYING THE MOTION BY CAROLYN BAILEY TO LIFT THE AUTOMATIC STAY AND (II) EXPUNGING CLAIM NO. 76 FILED BY CAROLYN BAILEY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

DATED: May 30, 2017

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:              Zucker, Goldberg & Ackerman, LLC

Case no.:            15-24585 CMG

Caption of Order:    Order (I) Denying the Motion by Carolyn Bailey to Lift the Automatic
                     Stay and (II) Expunging Claim no. 76 Filed by Carolyn Bailey

---

      **THIS MATTER**, having been opened to the Court upon the motion of Zucker, Goldberg & Ackerman, LLC, the Debtor ("Debtor") in the above captioned case, by and through its attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order denying the motion for stay relief filed by Carolyn Bailey, and expunging proof of claim (no. 76) filed by Carolyn Bailey; and the Court having considered the motion filed by Carolyn Bailey, the Debtor's objection thereto, the Debtor's cross motion to expunge the claim filed by Ms. Bailey, as well as any objections to same; and good and sufficient cause having been shown for the entry of this Order; it is hereby

      **ORDERED**, that the Debtor's Cross Motion be and is hereby granted; and it is further

      **ORDERED**, Carolyn Bailey's Motion for Stay Relief be and is hereby denied; and it is further

      **ORDERED**, that the proof of claim (no. 76), filed by Carolyn Bailey be and is hereby expunged.