UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Zucker, Goldberg & Ackerman, LLC

Case No.:     15-24585-CMG

Hearing Date:     5/25/17

Judge:     Christine M. Gravelle

Chapter:     11

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
for Relief from Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 30, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

      A motion or application having been filed on _____May 3_____, 20 17  by  Carolyn Bailey._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*