| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel for Debtor, Zucker, Goldberg & Ackerman, LLC*<br>**DONALD W. CLARKE, ESQ. (DC-7478)** | **Order Filed on May 30, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**ZUCKER, GOLDEBERG & ACKERMAN, LLC,**<br><br>         Debtor-in-Possession. | Chapter 11<br>Case No. 15-24585 CMG<br><br>Honorable Christine M. Gravelle |

### ORDER (I) DENYING THE MOTION BY CAROLYN BAILEY TO LIFT THE AUTOMATIC STAY AND (II) EXPUNGING CLAIM NO. 76 FILED BY CAROLYN BAILEY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 30, 2017**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**(Page 2)**

| | |
|---|---|
| Debtor: | Zucker, Goldberg & Ackerman, LLC |
| Case no.: | 15-24585 CMG |
| Caption of Order: | Order (I) Denying the Motion by Carolyn Bailey to Lift the Automatic Stay and (II) Expunging Claim no. 76 Filed by Carolyn Bailey |

---

**THIS MATTER**, having been opened to the Court upon the motion of Zucker, Goldberg & Ackerman, LLC, the Debtor ("Debtor") in the above captioned case, by and through its attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order denying the motion for stay relief filed by Carolyn Bailey, and expunging proof of claim (no. 76) filed by Carolyn Bailey; and the Court having considered the motion filed by Carolyn Bailey, the Debtor's objection thereto, the Debtor's cross motion to expunge the claim filed by Ms. Bailey, as well as any objections to same; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that the Debtor's Cross Motion be and is hereby granted; and it is further

**ORDERED**, Carolyn Bailey's Motion for Stay Relief be and is hereby denied; and it is further

**ORDERED**, that the proof of claim (no. 76), filed by Carolyn Bailey be and is hereby expunged.