| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | U.S. BANKRUPTCY COURT FILED NEWARK, NJ |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br>CAROLYN BAILEY, Creditor <br>14 Cliff Street <br>Newark, New Jersey 07106-1628 <br>973-399-9299 (PH) <br>HurtingHomeOwner@aol.com | 2017 JUN -8 A 11: 23 <br><br>JEANNE A. HAUGHTON <br>BY: Diane <br>DEPUTY CLERK |
| | Case No.: 15-24585-CMG |
| | Chapter: 11 |
| In Re: <br><br>ZUCKER, GOLDBERG & ACKERMAN, LLC (A/K/A YANKEE TITLE) <br><br>Debtor | Adv. No.: |
| | Hearing Date: |
| | Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1.  I, **CAROLYN BAILEY**:

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☒ am the **CREDITOR** in the this case and am representing myself

2.  On **JUNE 8, 2017**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice Of Appeal related to Orders ECF Doc 862 and 864, Appellant's Statement of Issues on Appeal and Designation of Record, Certification of Service.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 8, 2017

Signature: *Carolyn Bailey*

**IN RE ZUCKER, GOLDBERG & ACKERMAN, LLC**
CASE # 15-24585-CMG
US BANKRUPTCY COURT –
NEW JERSEY DISTRICT

**Statement Of Issues and Designation of Record for Appeal**
June 8, 2017

BY CAROLYN BAILEY, Creditor

**SERVICE LIST**
(EMail, unless otherwise indicated)

James J. Waldron, Clerk
Bankruptcy Ct.
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

United States Trustee's Office
One Newark Center  Ste 2100
Newark, NJ  07102

The Hon. Christine M. Gravelle
US Bankruptcy Court
402 East State Street
Trenton, NJ  08608
Postal Certified #
7016 0600 0000 0831 0846

Matthew B. Heimann, Esq.
David J. Adler, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry St
Newark, NJ  07102
[Unsecured Creditors]
Postal Certified #
7016 0600 0000 0831 0853

David J. Adler, Esq.
McCarter & English, LLP
245 Park Ave., 27th Flr.
New York, NY  10167
[Unsecured Creditors]

Daniel Stolz, Esq.
Donald W Clarke, Esq.
Steven Z Jurista, Esq.
Scott S. Rever, Esq.
Leonard C. Walczyk, Esq.
Wasserman, Jurista & Stolz, P.C.
110 Allen Rd  Ste 304
Basking Ridge, NJ  07920
[Debtor et al]
Postal Certified #
7016 0600 0000 0831 0860

Shalom D. Stone, Esq.
Stuart M. Brown, Esq.
Brown, Moskowitz & Kallen, P.C.
180 River Rd
Summit, NJ  07901
[Special Counsel to Debtor]

Patrick W. McGovern, Esq.
Genova Burns, LLC
494 Broad St.
Newark, NJ  07102
[Special Counsel to Debtor]

Arthur Abramowitz, Esq.
William Macklin, Esq.
Sherman Silverstein
East Gate Corporate Center
308 Harper Drive, Suite 200
Moorestown, NJ  08057
[Superior Legal Services Corp.]

Kenneth A. Rosen, Esq.
Bruce D. Buechler, Esq.
Michael Savetsky, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ  07068
[Bear Mountainside Realty, LLC]

Adam Deutsch, Esq.
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ  07675
[Albert Davis]

Daniel M. Eliades, Esq.
LeClairRyan
1 Riverfront Plaza
1037 Raymond Blvd  16th Fl
Newark, NJ  07102
[4 S Technologies, LLC]

Kathleen R. Fitzpatrick, Esq.
Akerman LLP
666 Fifth Avenue  20th Floor
New York, NY  10103
[Bank of America]

Joseph M. Garemore, Esq.
Brown & Connery, LLP
360 Haddon Avenue
Westmont, NJ  08108
[Camden County Sheriff]

Jonathan I. Rabinowitz, Esq.
John J. Harmon, Esq.
Rabinowitz Lubetkin & Tully LLC
293 Eisenhower Parkway  Ste 100
Livingston, NJ  07039
[ServiceLink NLS, LLC]

Jonathan W. Hugg, Esq.
Clark Hill PLC
One Commerce Square
2005 Market Street  Ste 1000
Philadelphia, PA  19103
[AMC Settlement Services, LLC]

William S. Katchen, Esq.
210 Park Avenue  Ste 301
Florham Park, NJ  07932
[JP Morgan Chase Bank]

Elyssa Kates, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY  10111
[Black Knight Technology]

David W. Ross, Esq.
Erica L. Koehl, Esq.
Babst, Calland,
Two Gateway Center  7th Fl
Pittsburgh, PA  15222
[ServiceLink NLS, LLC]

Karina Pia Lucid, Esq.
3460 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, NJ  07938
[Fortune Title Agency, Inc]

John R. Morton, Jr., Esq.
110 Marter Avenue  Ste 301
Moorestown, NJ  08057
[Ford Motor Credit Company, LLC]

Jami B. Nimeroff, Esq.
Brown McGarry Nimeroff LLC
2001 Market Street  Ste 3420
Philadelphia, PA  19103
[Microsoft Corp & Licensing]

Jon T. Pearson, Esq.
Ballard Spahr LLP
1735 Market St.  51st Fl
Philadelphia, PA  19103
[PNC Bank, N.A.]

William C. Price, Esq.
Elizabeth L. Slaby, Esq.
Clark Hill PLC
One Oxford Centre
301 Grant Street  14th Fl
Pittsburgh, PA  15219
[AMC Settlement Services, LLC]

Steven M. Richman, Esq.
Clark Hill PLC
502 Carnegie Center  Ste 103
Princeton, NJ  08540
[AMC Settlement Services, LLC]

William P. Rubley, Esq.
Subranni Zauber LLC
Willow Ridge Exec Office Park
750 Roue 73 South, Ste 307B
Marlton, NJ  08053
[William & Melissa Rhodes]

Teresa G Sadutto-Carley, Esq.
Platzer, Swergold et. al
Four Greentree Centre
601 Route 73 North  Ste 305
Marlton, NJ  08053
[Canon Financial Services, Inc.]

Frank Anthony Santini, Esq.
Trenam Kemker
200 Central Ave.  Ste. 1600
St. Petersburg, FL 33701
[ProVest LLC]

Adam D Wolper, Esq.
Trenk DiPasquale Della
347 Mount Pleasant Ave
West Orange, NJ 07052
[Action Title Research, LLC]

Lori V. Vaughan, Esq.
Trenam Kemker Scharf
Bank of America Plaza
101 E. Kennedy Blvd.  Ste 2700
Tampa, FL  33602
[ProVest LLC]

Warren Martin, Jr., Esq.
Porzio, Bromberg & Newman
100 Southgate Parkway
P O Box 1997
Morristown, NJ  07962
[Access Information Mgm't]

Jeffrey W. Shields, Esq.
Jones Waldo
170 S. Main Street  #1500
Salt Lake City, UT  84101-1644
[Access Information Mgm't]

Travis Dailey, Esq.
Riddell Williams P.S.
1001 4th Ave, Suite 4500
Seattle, WA 98154
[Microsoft Licensing]

Margarita Y. Ginzburg, Esq.
Day Pitney LLP
1 Jefferson Road
Parsippany, NJ 07054-2891
[MidFirst Bank]

Eduardo J. Glas, Esq.
Tseitlin & Glas, P.C.
345 Seventh Ave.  21st Fl
New York, NY 10001
[Plan Administrator]

Scott H. Bernstein, Esq.
Stradley Ronon Stevens &
Young, LLP
100 Park Avenue  Ste 3210
New York, NY 10017
[SunTrust Mortgage, Inc.]

Robert J. McGuire, Esq.
Jason Scott Feinstein, Esq.
Eckert Seamans Cherin
2000 Lenox Drive  Ste 203
Lawrenceville, NJ 08648
[Select Portfolio Servicing, Inc.]

Richard P. Haber, Esq.
Buckley Madole, P.C.
99 Wood Ave South  Ste 803
Iselin, NJ 08830
[JPMorgan Chase Bank, N.A.]

Scott J. Kelly, Esq.
McGlinchey Stafford
25550 Chagrin Blvd., Ste 406
Cleveland, OH 44122
[New York Community Bank]

Ashley R. Newman, Esq.
McGlinchey Stafford
112 West 34th Street  Ste 1403
New York, NY  10120
[New York Community Bank]

Derek J. Baker, Esq.
Reed Smith, LLP
Princeton Forrestal Village
136 Main Street  Ste 250
Princeton, NJ 08540
[Wells Fargo Bank, N.A]

Michael E. Blaine, Esq.
Schiller & Knapp, LLP
30 Montgomery Street, Ste 1205
Jersey City, NJ 07302
[Toyota Motor Credit ]

Nicola G. Suglia, Esq.
Fleischer, Fleischer & Suglia
601 Route 73 North
Four Greentree Centre  Ste 305
Marlton, NJ  08053
[Wells Fargo Financial Leasing]

Andrew P. Zacharda, Esq.
Tompkins McGuire Wachenfeld
3 Becker Farm Road  4th Fl
Roseland, NJ 07068
[Bayview Loan Servicing]

Hon. Donald Steckroth
Felice R. Yudkin, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602
[Mediator]

James P. Berg, Esq.
Parker Ibrahim & Berg LLC
270 Davidson Avenue
Somerset, NJ 08873
[JPMorgan Chase]

Richard Joseph Nalbandian, Esq.
Eckert Seamans
Two Liberty Place
50 South 16th Street
Philadelphia, PA 19102
[Select Portfolio Servicing]

Kimberly A. Sorrentino, Esq.
Lawrence Rolnick Esq.
200 Sheffield Street   Ste 208
The Diamond Building
Mountainside, NJ 07062
[Bear Mountainside Realty]

Timothy P. Duggan, Esq.
Stark & Stark, P.A.
Princeton Pike Corporate Center
993 Lenox Drive, CN 5315
Princeton, NJ 08543-5315
[TD Bank, N.A]

Walter F. Gavigan, Jr.
Gruccio Pepper
817 Landis Avenue
PO Box 1501
Vineland, NJ 08362-1501
[Rose Davis]