UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: _____
:
: Chapter: _____
:
Debtor(s) : Adv. Pro. No.: _____
_____:

**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____ a Notice of Appeal from the Bankruptcy Court's Orders or Judgment dated _____ was filed.

A copy of the appeal was served on the following parties on _____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❑ Notice of Electronic Filing (NEF)  ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)  ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)  ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)  ❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____   By: _____
                                    Deputy Clerk

*rev. 1/13/17*