**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

In re: _____

Chapter: _____
Case Number: _____
Civil Number: _____
Adversary Number: _____
Bankruptcy Judge: _____

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❑ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

| | |
|---|---|
| Appellant(s): _____ | Appellee(s): _____ |
| Attorney: _____ | Attorney: _____ |
| Address: _____ | Address: _____ |
| _____ | _____ |

Title of Order Appealed: _____
Date Entered On Docket: _____

The items indicated below are being transmitted together:

❑ Notice of Appeal    ❑ Orders being Appealed    ❑ Designation of Record on Appeal
❑ Statement of Issues ❑ Transcript              ❑ Transcript Ordered On: _____
❑ Other _____

❑   An appeal has not previously been filed in this case.
❑   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____                          Date: _____

*rev. 12/15/14*